## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. RDB-10-0324 |
| KENNETH B. RILEY | : |
| Defendant. | : |

...oooOooo...

### ENTRY OF APPEARANCE

Please enter the appearance of Kenneth W. Ravenell, as counsel for the Defendant, Kenneth B. Riley, in the above captioned matter.

Respectfully submitted,

*/s/ Kenneth W. Ravenell*
Kenneth W. Ravenell
Murphy PA.
One South Street – 23rd. floor
Baltimore, Maryland 21202
(410)539-6500

### NOTICE OF SERVICE

I HEREBY CERTIFY, that on this 15th day of July, 2010 a copy of Defendant's Entry of Appearance was served on all counsel via ECF filing e-mail.

*/s/ Kenneth W. Ravenell*
Kenneth W. Ravenell

{677-001 / DL1480.DOC}